# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 6, 2019

## NO. 03-19-00338-CR

**The State of Texas, Appellant**

**v.**

**Thomas Fikes, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 8 OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### REVERSED AND REMANDED -- OPINION BY JUSTICE KELLY

This is an appeal from the order granting the motion to suppress signed by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's suppression order and remands the case to the trial court for further proceedings consistent with this opinion. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.